# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGETTE MORTON,<br><br>Plaintiffs,<br><br>v.<br><br>TRINITY SERVICES GROUP, INC., et al.,<br><br>Defendants. | Case No.: 1:19-CV-01549 DAD JLT<br><br>ORDER GRANTING ORAL MOTION TO FILE A MOTION TO COMPEL AND ORDER AFTER TELEPHONIC CONFERENCE<br>(Doc. 31) |

At the plaintiff's request, the Court held an informal teleconference to discuss several ongoing discovery disputes. (Doc. 31) At the conference, the parties were not able to compromise their positions though it appears that the dispute as to request for production 40 may become moot, if the County of Kern produces the contract at issue in relation to the plaintiff's public records request. As to request for production 51, the plaintiff may decide to offer payment of half of the defense costs in gathering the subpoenaed records at issue. Also, as to request for production 55, the plaintiff will evaluate whether to withdraw and reformulate the request and should consider whether to withdraw and reformulate request for admission number 1. Finally, as to the assertion that the defense has failed to produce all of the emails at issue, the Court was not provided sufficient information to assist the parties in compromise. However, the defense agreed to determine whether there was an attachment to an email that was not produced and, if so, to produce it or to inform plaintiff's counsel that there was no attachment, no later than October 30, 2020.

1

Thus, the Court **ORDERS**:

1. The oral request to file a motion to compel is GRANTED. The motion SHALL comply with Local Rule 251(c), and it SHALL be filed within a reasonable time, which the Court defines as approximately two weeks;

2. The defense will determine whether there was an attachment to an email that was not produced and, if so, to produce it or to inform plaintiff's counsel that there was no attachment, no later than October 30, 2020.

IT IS SO ORDERED.

Dated:   **October 22, 2020**                   **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE