**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIDGETTE MORTON,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRINITY SERVICES GROUP, INC., et al.,<br><br>    Defendants. | Case No.: 1:19-CV-01549 DAD JLT<br><br>ORDER GRANTING ORAL MOTION TO FILE A MOTION TO COMPEL ON LIMITED TOPICS AND ORDER AFTER TELEPHONIC CONFERENCE<br>(Doc. 36) |

At the plaintiff's request, the Court held an informal teleconference to discuss several ongoing discovery disputes. (Doc. 36) At the conference, the parties were not able to compromise their positions on a few topics, but the defense has agreed to amend the responses as to a few others.  Thus, the Court **ORDERS**:

1. The oral request to file a motion to compel, addressing categories number 10 and 11 and production request number 4, related to the deposition of the entity is GRANTED.  The motion SHALL comply with Local Rule 251(c), and it SHALL be filed **no later than November 27, 2020**;

2. The defense will amend its responses to categories number 14 and 15 and production request number 6 related to the deposition of the entity, no later than tomorrow, **November 20, 2020**;

3. The defense will notify plaintiff's counsel **by the close of business today** whether there are documents responsive to document requests 23, 24, 28, 29 and 48 and provide the documents electronically and provide notes, if any, Ms. Garcia took during the investigation into the complaints

1

submitted by the plaintiff.

IT IS SO ORDERED.

Dated: **November 19, 2020**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE