# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

BRIDGETTE MORTON,

Plaintiffs,

v.

TRINITY SERVICES GROUP, INC., et al.,

Defendants.

Case No.: 1:19-CV-01549 DAD JLT

ORDER GRANTING ORAL MOTION TO FILE A MOTION TO COMPEL ON LIMITED TOPICS AND ORDER AFTER TELEPHONIC CONFERENCE
(Doc. 36)

At the plaintiff's request, the Court held an informal teleconference to discuss several ongoing discovery disputes. (Doc. 40) At the conference, the parties agreed that as to any documents previously produced, no attorney-client or attorney work product privilege attaches. The defense agreed it will determine whether there are any further documents to produce and, if so, whether a privilege precludes disclosure. If the defense believes a privilege attaches, it will provide a privilege log. After receiving the privilege log, the plaintiff may file a motion to compel if she feels that such a motion is warranted. Thus, the Court **ORDERS**:

1. No later than December 9, 2020, the defense SHALL produce further documents, if any exist that ae not privileged. If the defense refuses to produce any document due to a privilege, it SHALL provide a complete privilege log;

2. If the defense provides a privilege log and the plaintiff determines the document(s) should be produced, her oral request to file a motion to compel these documents is GRANTED. The

motion SHALL comply with Local Rule 251(c), and it SHALL be filed **no later than December 11, 2020**.

IT IS SO ORDERED.

Dated: **December 4, 2020**

**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE