# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGETTE MORTON,<br><br>             Plaintiffs,<br><br>     v.<br><br>TRINITY SERVICES GROUP, INC., et al.,<br><br>             Defendants. | Case No.: 1:19-CV-01549 DAD JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT (Doc. 50) |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 50 at 2) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than October 12, 2020**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **August 25, 2021**              _/s/ Jennifer L. Thurston_
                                                              CHIEF UNITED STATES MAGISTRATE JUDGE