# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGETTE MORTON,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TRINITY SERVICES GROUP, INC., et al.,<br><br>　　　　　Defendants. | Case No.: 1:19-CV-01549 DAD JLT<br><br>ORDER CLOSING THE CASE<br>(Doc. 52) |

The parties have stipulated to the action being dismissed with prejudice, with each side to bear their own fees and costs. (Doc. 52 at 2) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

　　Dated:　**October 7, 2021**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE